
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE


NOV 09 2016
TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
|---|---|---|
| | * | |
| VERSUS | * | |
| | * | 18 U.S.C. § 1029(b)(2) |
| YUGUANG WU, | * | 18 U.S.C. § 1029(a)(3) |
| YINGWEI XIA, and | * | 18 U.S.C. § 1029(a)(4) |
| CHENGYI WANG | * | |

2:16-CR-000262
JUDGE MINALDI
MAGISTRATE JUDGE KAY

**INDICTMENT**

THE FEDERAL GRAND JURY CHARGES:

**COUNT 1**
Conspiracy to Commit Access Device Fraud
[18 U.S.C. § 1029(b)(2)]

A.   At all relevant times:

1.   YUGUANG WU was a Chinese national residing in the United States, who maintained driver's licenses issued by the states of California and Texas.

2.   YINGWEI XIA was a Chinese national residing in the United States, who maintained a driver's license issued by the state of Texas.

3.   CHENGYI WANG was a Chinese national residing in the United States, who maintained driver's licenses issued by the states of California and Alabama.

4. Capital One, Chase, Household Bank, Citi, Bank of America, United Overseas Bank, and Wells Fargo are federally insured financial institutions that issue credit cards to customers.

B. THE CONSPIRACY

Beginning sometime in 2013, the exact date being unknown to the Grand Jury, and continuing until on or about July 1, 2013, in the Western District of Louisiana and elsewhere, the defendants, YUGUANG XU, YINGWEI XIA, and CHENGYI WANG, and others both known and unknown to the Grand Jury, did knowingly and willfully conspire, confederate, and agree to commit the following offenses against the United States, to wit: (a) to knowingly and with intent to defraud, possess fifteen or more counterfeit and unauthorized access devices, namely re-encoded credit cards and stolen credit card numbers, said activity affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3); and (b) to knowingly and with intent to defraud, have control, custody, and possession of device-making equipment, said possession affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

C. THE OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to defraud legitimate credit card holders, retailers, and banks, and for the defendants to unlawfully enrich themselves.

D.  MANNER AND MEANS OF ACCOMPLISHING THE OBJECT OF THE CONSPIRACY

The manner and means by which the Defendants, YUGUANG WU, YINGWEI XIA, and CHENGYI WANG, and others known and unknown to the grand jury, sought to accomplish the object of the conspiracy included the following:

1.  The Defendants acquired, without authority, credit and debit card track data of other individuals. Track data is the information found on the magnetic stripes of credit and debit cards that is read by ATMs and credit card readers. This information included credit and debit card account numbers.

2.  The Defendants possessed at least 32 credit and debit cards. The fronts of these cards were embossed with the names of YINGWEI XIA and CHENGYI WANG, but the magnetic stripes contained the track data of other people.

3.  The Defendants travelled throughout Louisiana, Alabama, and Texas and would use, or attempt to use, these counterfeit credit and debit cards to purchase consumer items and merchandise and make withdrawals and transfers.

E.  OVERT ACTS

In furtherance of the conspiracy and to affect the object thereof, the Defendants performed or caused to be performed the following overt acts, among others, in the Western District of Louisiana and elsewhere:

1. On or about June 19, 2013, the Defendants, YUGUANG XU, YINGWEI XIA, and CHENGYI WANG, made purchases in the amount of $1,038.15 at a Home Depot in Baton Rouge, Louisiana using a counterfeit debit card.

2. On or about June 25, 2013, the Defendants, YUGUANG XU, YINGWEI XIA, and CHENGYI WANG, made purchases in the amount of $524.05 at a Wal-Mart in Baton Rouge, Louisiana using a counterfeit debit card.

3. On or about July 1, 2013, the Defendants, YUGUANG XU, YINGWEI XIA, and CHENGYI WANG, made purchases in the amount of $2125.96 at a Home Depot in Tuscaloosa, Alabama using a counterfeit debit card.

4. The allegations of Counts 2 and 3 are re-alleged and incorporated by reference as though fully set forth herein as separate overt acts.

All in violation of 18 U.S.C. § 1029(b)(2).

### COUNT 2
### Access Device Fraud
### [18 U.S.C. § 1029(a)(3)]

On or about July 1, 2013, in the Western District of Louisiana, the defendants, YUGUANG WU, YINGWEI XIA, and CHENGYI WANG, knowingly and with intent to defraud, possessed fifteen (15) or more counterfeit access devices, namely, re-encoded credit and debit cards and stolen and debit credit card numbers, said activity affecting interstate commerce, all in violation of Title 18, United States Code, Section 1029(a)(3). [18 U.S.C. § 1029(a)(3)].

## COUNT 3
Access Device Fraud
[18 U.S.C. § 1029(a)(4)]

On or about July 1, 2013, in the Western District of Louisiana, the defendants, YUGUANG WU, YINGWEI XIA, and CHENGYI WANG, did knowingly and with intent to defraud, have control, custody, and possession of device-making equipment, namely, a Tysso MSE-750 card encoder, and said possession affected interstate and foreign commerce, all in violation of Title 18, United States Code, Section 1029(a)(4). [18 U.S.C. § 1029(a)(4)].

A TRUE BILL:

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

By: _____
DOMINIC ROSSETTI, CA Bar No. 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618